FLORENCE O. HESS, Appellant, v. WILLIAM S. HUMMELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

CHARLES G. BUSCAGLIA, Respondent, v. GEORGE H. CHADEAYNE, Appellant.— Judgment affirmed, with costs. All concur.

FRANKLIN GATES, Respondent, v. ULYSSES G. FISHER and Others, Appellants.— Judgment affirmed, with costs, upon the opinion of Clark, J., delivered at Special Term. (Reported in 107 Misc. Rep. 53.) All concur; Clark, J., not sitting.

G. ELIAS & BRO., INC., Respondent, v. CYRUS H. BROWNELL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE H. KENNEDY, Respondent, v. ALLAN A. LOWNES and Another, Appellants.— Interlocutory and final judgments affirmed, with costs. All concur.

In the Matter of the Estate of MICHAEL H. FITZSIMONS, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN W. KINNEY, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

In the Matter of the Second Intermediate Accounting and Judicial Settlement of the Account of WILLIAM S. SILSBY and Another, as Trustees, etc., of HORACE SILSBY, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CLAUDE PHILLIPSON, Respondent, v. OLIVER NINNO, Appellant.— Motion for stay denied. In order to procure stay pending appeal the undertaking should be given as provided in section 1327 of the Code of Civil Procedure.

THEODORE E. KNOWLTON, Respondent, v. HENRY CARLTON, Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

LEONARD BURR, Respondent, v. HENRY CARLTON, Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

LEONARD BURR, Respondent, v. HENRY CARLTON, Appellant.— Motion granted and appeal dismissed, with costs.

CLOVER CREST STOCK FARMS, INC., Respondent, v. FIDELITY Co-operative FIRE INSURANCE COMPANY, Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

CLOVER CREST STOCK FARMS, INC., Respondent, v. FARMERS RELIANCE MUTUAL FIRE INSURANCE COMPANY, Appellant, Impleaded, etc.— Motion granted and appeal dismissed, with costs.

DANIEL F. STROBEL, Respondent, v. FIRMAN OUDERKIRK and CHARLES E. SNYDER, Appellants.— Order entered substituting Charles E. Snyder, as executor of the last will and testament of Firman Ouderkirk, deceased, as defendant, appellant, in place and stead of said Firman Ouderkirk, deceased. Hubbs, J., not sitting.